**DENIED and Opinion Filed May 22, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00548-CV**

**IN RE STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY AND BRITTANY MAEGAN PIERPORT, Relators**

**Original Proceeding from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-22-03601-B**

## MEMORANDUM OPINION

Before Justices Reichek, Goldstein, and Kennedy
Opinion by Justice Goldstein

In their May 10, 2024 petition for writ of mandamus, relators seek relief from the trial court's (1) December 4, 2023 order denying relators' motion to sever and abate and (2) August 29, 2023 order granting real party in interest's motion to quash and for protective order against relators' notice of intention to take deposition by written questions and January 31, 2024 order denying reconsideration of the same.

Entitlement to mandamus relief requires a relator to show that the trial court clearly abused its discretion and that the relator lacks an adequate appellate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig.

proceeding). After reviewing relators' petition and the record before us, we conclude that relators have failed to demonstrate entitlement to mandamus relief.

Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

Also before the Court is relators' May 10, 2024 emergency motion for temporary relief seeking to stay an upcoming June 4, 2024 trial setting. Having denied the petition, we also deny relators' emergency motion as moot.

/Bonnie Lee Goldstein/
BONNIE LEE GOLDSTEIN
240548F.P05                              JUSTICE